# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Technology Development & Licensing, LLC

                Plaintiff,

V.

Samsung Electronics Co. LTD.,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:07-cv-047-RLH-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's Motion to Dismiss (#26) and Defendant's Motion to Dismiss Counterclaims (#28) are both granted and all claims are dismissed without prejudice. The case shall be closed.

December 6, 2007                          /s/ Lance S. Wilson

Date                                                Clerk

                                                          /s/ Andrew Mennear

                                                          (By) Deputy Clerk